**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-1523

PHOENIX ENTERTAINMENT PARTNERS, LLC, a North Carolina LLC,

    Plaintiff,

v.

DAVID OPPERMAN et al,

    Defendants.

---

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the Plaintiff, Phoenix Entertainment Partners, LLC, a nongovernmental corporate party, hereby certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| 6/22/2017 | s/ James M. Harrington |
| Date | James M. Harrington |
| | Phoenix Entertainment Partners, LLC |
| | 610 Old Campbell Road, Suite 112 |
| | Richardson, TX 75080 |
| | Telephone: (214) 396-7288 |
| | E-mail: jim@phxep.com |
| | Attorney for Plaintiff |
| |     Phoenix Entertainment Partners, LLC |

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel and registered parties of record.

A paper copy of the foregoing document will be served upon any other parties with service of the complaint and summons.

| | |
|---|---|
| 6/22/2017 | s/ James M. Harrington |
| Date | James M. Harrington |
| | Phoenix Entertainment Partners, LLC |
| | 610 Old Campbell Road, Suite 112 |
| | Richardson, TX 75080 |
| | Telephone: (214) 396-7288 |
| | E-mail: jim@phxep.com |
| | Attorney for Plaintiff |
| |     Phoenix Entertainment Partners, LLC |