IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-01523-CMA-MEH

PHOENIX ENTERTAINMENT PARTNERS, LLC, a North Carolina LLC,

    Plaintiff,

v.

DAVID OPPERMAN,
NED KELLY INC., a Colorado corporation
TRIPOLAR, LLC, a Colorado limited liability company,
COLEMAN COMMERCIAL PROPERTY, INC., a Colorado corporation,
XCESSIVE THROTTLE INC., a Colorado corporation,
MARINA ENTERPISES, INC., a Colorado corporation, and
7545 INC., a Colorado corporation,

    Defendants.
_____

## ORDER TRANSFERRING CASE
_____

This matter comes before the Court upon review of the file. Pursuant to D.C.COLO.LCivR 40.1(a), with the approval of Chief Judge Marcia S. Krieger and consent of Senior Judge Wiley Y. Daniel, it is

ORDERED that this case is transferred to Senior Judge Wiley Y. Daniel.

DATE: July 7, 2017

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Judge