IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01523-WYD-MEH

PHOENIX ENTERTAINMENT PARTNERS, LLC,

    Plaintiff,

v.

DAVID OPPERMAN,
NED KELLY, INC.,
TRIPOLAR, LLC,
COLEMAN COMMERCIAL PROPERTY, INC.,
XCESSIVE THROTTLE, INC.,
MARINA ENTERPRISES, INC., and
7545, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 13, 2017**.

    This matter comes before the Court *sua sponte*. The Scheduling Conference currently set for August 22, 2017 is **vacated and rescheduled** to **August 23, 2017**, at **10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If this date is not convenient, the parties shall confer and contact my Chambers to obtain an alternate date. All parties must be present if they wish to change the conference date by telephone; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

    <u>The Plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling Conference</u>.

    All other aspects of this Court's June 27, 2017 order remain in effect.